UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMES F. HURT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.  3:04-CV-745 RM |
| | ) | |
| MICHIGAN CITY HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant | ) | |

OPINION AND ORDER ADOPTING RECOMMENDATION

United States Magistrate Judge Christopher Nuechterlein ordered the parties to file written status reports in this case by February 21, 2005. The plaintiff, *pro se*, didn't comply with that order and on March 10 the magistrate judge ordered the plaintiff to show cause why his case should not be dismissed for failure to prosecute pursuant to FED. R. CIV. P. 41(b). When the plaintiff did not respond to the order to show cause, the magistrate judge entered his report and recommendation that the case be dismissed without prejudice. The parties had 10 days to file any objections to the magistrate judge's recommendation, and those 10 days have passed with no objections being filed. FED R. CIV. P. 72(b).

Accordingly, the court now adopts the magistrate judge's report and recommendation [docket no. 17] and DISMISSES this case WITHOUT PREJUDICE.

SO ORDERED.

ENTERED: May 12, 2005

        /s/Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:    J. Hurt